United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 5, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-20902
Consolidated with
No. 06-20032
_____

FG HEMISPHERE ASSOCIATES LLC

Plaintiff - Appellee

v.

THE REPUBLIQUE DU CONGO

Defendant

CMS NOMECO CONGO INC; THE NUEVO CONGO COMPANY; NUEVO CONGO LTD

Garnishees - Appellants

---------------------
Appeals from the United States District Court for the
Southern District of Texas, Houston
---------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that Appellee's motion for summary reversal is GRANTED.

IT IS FURTHER ORDERED that Appellee's motion to remand case to the U.S. District Court with directions to vacate the injunction that is the subject of the appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellants' motion to vacate injunction on the merits and vacate injunction orders on the merits is DENIED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

IT IS FURTHER ORDERED that Appellants' motion for costs against Appellee is DENIED.